# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI,<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PARTY PIZZA ROSEVILLE, INC.<br><br>Defendant. | ) Civil Action No.: 2:24-cv-13138-<br>)<br>) Class Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIFAVIT OF ROBERT JAJOU

STATE OF MICHIGAN    )
                     ) SS
COUNTY OF MACOMB     )

1. At all relevant times, I have been and remain the authorized representative of Pizza Party Roseville, Inc., a Michigan corporation (the "Company").

2. In my capacity as the authorized representative of the Company, my responsibilities include the overall management and operations of the Company.

3. The Company purchased the business assets of King's Pizza, Inc., a Michigan corporation, including tangible and intangible assets in March of 2023.

4. Following the purchase of the business assets, the Company assumed the business operations of King's Pizza, Inc., which operated as a pizzeria and

restaurant.

5. The Company continued to collect customer phone numbers through direct contact with the Company's customers, which the Company uses to communicate with its customers from time to time.

6. All customer phone numbers collected in the Company's database are the result of direct and voluntary contact with customers of the Company.

7. Other than phone numbers included as part of the business acquisition, the Company has not purchased or acquired phone numbers in its customer database from any third-party or service provider.

FURTHER, AFFIANT SAYETH NOT.

_____
Robert Jajou

Subscribed and sworn to before me
this 17th day of April, 2025.

_____
Teresa A. Walsh, Notary Public
Macomb County, Michigan
My Commission Expires: 10/31/2028