UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PARTY PIZZA ROSEVILLE, INC,<br><br>    Defendant.<br>_____/ | Case No. 2:24-cv-13138-MFL-CI<br><br>Hon. Matthew F. Leitman<br><br>Magistrate Judge Curtis Ivy, Jr. |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff Victoria Soboleski and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the proposed class*

Dated: May 9, 2025

## **CERTIFICATE OF SERVICE**

      I certify that on May 9, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

                      /s/ George T. Blackmore
                      George T. Blackmore