## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, | ) <br> ) Civil Action No.: 2:24-cv-13138- <br> ) <br> ) Class Action |
| Plaintiff, | ) <br> ) Jury Trial Demanded |
| v. | ) <br> ) |
| PARTY PIZZA ROSEVILLE, INC. | ) <br> ) |
| Defendant. | ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice in the above captioned case pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

This Stipulation of Dismissal with Prejudice disposes of the last pending claim and closes the case.

DATED: November 18, 2025               Respectfully submitted,


/s/ *Anthony I. Paronich*                                   /s/ *Keith C. Jablonski (P62111)*
Anthony I. Paronich                                         O'REILLY RANCILIO P.C.
Paronich Law, P.C.                                          Attorneys for Defendant
350 Lincoln St., Suite 2400                                 12900 Hall Road, Suite 350
Hingham, MA 02043                                           Sterling Heights, MI 48313
Tel: 617-485-0018                                           Tel: (586) 726-1000
Fax: 508-318-8100                                           Fax: (586) 726-1560
Email: anthony@paronichlaw.com                              Email: kjablonski@orlaw.com

*Counsel for Plaintiff*                                     *Counsel for Defendant*