UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI,

       Plaintiff,                                      Case No. 24-cv-13138
                                                       Hon. Matthew F. Leitman

v.

PARTY PIZZA ROSEVILLE, INC.,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 18, 2025, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                    (313) 234-5126